IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 10-cr-00270-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THEODORE GATEWOOD,

    Defendant.

---

## ORDER CONCERNING COMPETENCY

---

    This matter came before the Court on October 11, 2011 for a determination of the defendant's competency to proceed pursuant to 18 U.S.C. § 4241(d). The Court has received correspondence from Sara M. Revell, the Complex Warden at the Federal Medical Center, Butner, North Carolina. The Court has also received the forensic evaluation dated September 16, 2011 reporting on the mental condition of the defendant. Warden Revell has certified that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent and there is no substantial probability that his competency will be restored in the foreseeable future.

    The government and the attorney for the defendant have stipulated that the Court may receive and consider Warden Revell's certification and the attached forensic evaluation for the purposes of determining the mental competency of the defendant to proceed in this case.

    Having considered the aforementioned documents, the Court finds that by a preponderance of the evidence, that the defendant is presently suffering from a mental disease or

defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense. The Court also finds that there is no substantial probability that the defendant's competency will be restored in the foreseeable future.

The Court ORDERS pursuant to 18 U.S.C. § 4246, a further evaluation by an appropriate federal medical center to determine whether the mental disease and defect that the defendant presently suffers creates substantial risk of bodily injury to another person or serious damage to property of another upon the defendant's release.

The Court further ORDERS that this risk assessment evaluation be completed within 45 days of this order.

The Court further recommends that the defendant not be transported from the federal correctional complex at Butner, North Carolina unless for the purpose of accomplishing the purposes of the order. It is the recommendation of the Court that for continuity of evaluation that the defendant be evaluated at the medical facility at Butner. The Government is directed to promptly notify the Bureau of Prisons of this Order.

SO ORDERED this 14th day of October, 2011

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge